

| | THE CITY OF NEW YORK | |
|---|:---:|---:|
| **MURIEL GOODE-TRUFANT**<br>*Acting Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **TRACI KRASNE**<br>Labor and Employment Law Division<br>Phone: (212) 356-2451<br>Email: trkrasne@law.nyc.gov |

July 22, 2024

**BY FIRST CLASS MAIL AND EMAIL**
Chad LaVeglia
Law Office of Chad J. LaVeglia PLLC
350 Motor Parkway, Suite #308
Hauppauge, NY 11788
631-450-2468
claveglia@cjllaw.org

        Re:  <u>Paul McCartney et. al. v. City of New York et. al.</u>
              No. 23-CV-8232 (NRM) (JAM)

Dear Mr. LaVeglia:

      I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, attorney for the Defendants in the above-referenced action. Pursuant to Judge Morrison's Individual Practice Rule 5.2.3.1, here is a list of the papers being served upon plaintiff as of the above-referenced date:

- Defendants' Notice of Motion to Dismiss the Complaint;
- Defendants' Memorandum of Law in Support of the Motion to Dismiss the Complaint;
- Declaration of Traci Krasne and Exhibits A through F.

                                  Respectfully submitted,

                                  */s/ Traci Krasne*
                                  Traci Krasne
                                  Assistant Corporation Counsel