

| | THE CITY OF NEW YORK | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Acting Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **CONNER QUINN**<br>Assistant Corporation Counsel<br>Labor & Employment Law Division<br>(212) 356-3574<br>coquinn@law.nyc.gov |

November 4, 2024

**BY ECF**
Honorable Nina R. Morrison
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

>Re: <u>Paul McCartney et al. v. City of New York et al.</u>
>Docket No. 23-CV-8232 (NRM) (JAM)

Dear Judge Morrison:

  I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action. Pursuant to Your Honor's Individual Practice Rule 5.2.3.1, I write to inform the Court that Defendants' motion to dismiss the Complaint pursuant to Rule 12(b) of the Federal Rules of Civil Procedure is fully briefed. The following moving papers have been electronically filed:

- Defendant's Notice of Motion to Dismiss the Complaint, Memorandum of Law in Support, and Declaration of Traci Krasne and Exhibits A through F as ECF Dkt. Nos. 22, 22-1, 22-2, 22-3, 22-4, 22-5, 22-6, 22-7 and 22-8, respectively.

- Plaintiff's Memorandum of Law in Opposition to Defendant's Motion was filed as ECF Dkt. No. 22-9.

- Defendant's Reply Memorandum of Law in Further Support of its Motion to Dismiss was filed as ECF Dkt. No. 22-10.

Respectfully submitted,

*/s/ Conner Quinn*
Conner Quinn
Assistant Corporation Counsel

cc:  Chad LaVeglia (via ECF)
   Attorney for Plaintiffs
   350 Motor Parkway, Suite #308
   Hauppauge, NY 11788